UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MODERN AMERICAN RECYCLING SERVICE, INC., | * * * | |
| Plaintiff, | * * | CIV. ACTION NO. 19-CV-09301 |
| VERSUS | * * | SECTION "B" |
| EPIC APPLIED TECHNOLOGIES, LLC, EPIC COMPANIES, LLC, NAVARRO CAPTIAL PARTNERS, LLC, RANGER OFFSHORE, INC. AND CENTRAL BOAT RENTALS, LLC, | * * * * * | DIVISION "3" |
| Defendants. | * * | |

## MOTION TO WITHDRAW
## AS COUNSEL OF RECORD

For the reasons provided in the attached memorandum in support, which is incorporated herein as if stated in full, the undersigned law firm Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel, Thomas P. Owen, Jr. and Bryan C. Reuter, who have represented Defendant Ranger Offshore Inc. ("Ranger") in the above-captioned matter (collectively "Counsel"), respectfully move to withdraw as counsel of record for Ranger in this litigation. Counsel can no longer adequately represent Ranger because Counsel no longer have a contact at Ranger with whom Counsel can receive direction despite numerous requests for same.

**Counsel has contacted counsel for the other parties in this case and the other parties do not object to this Motion.**

The last known contact information that Counsel has for Ranger is:

Ranger Offshore Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801
(281) 465-8331

WHEREFORE, Counsel respectfully requests that this Court grant this Motion and issue an order stating that Counsel are discharged as Ranger's counsel of record in this matter.

Respectfully submitted,

*/s/ Thomas P. Owen, Jr.*
Thomas P. Owen, Jr., 28181
Bryan C. Reuter, 23910
STANLEY, REUTER, ROSS,
THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone:   (504) 523-1580
Facsimile:   (504) 524-0069

*Attorneys for Defendant Ranger Offshore, Inc.*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been served upon all parties having appeared in this case via the Court's CM/ECF System, this 11th day of August, 2020. Undersigned counsel hereby represents that a copy of this Motion to Withdraw as Counsel of Record as well as notice of all applicable deadlines in this matter are also being sent to Ranger by certified mail at the following address:

        Ranger Offshore Inc.
        c/o The Corporation Trust Company
        Corporation Trust Center
        1209 Orange Street
        Wilmington, DE  19801

                                                    */s/ Thomas P. Owen, Jr.*