UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MODERN AMERICAN RECYCLING SERVICE, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9301** |
| **EPIC APPLIED TECHNOLOGIES, LLC, ET AL** | **SECTION: "B"(3)** |

## ORDER

Considering Ranger Offshore, Inc.'s motion for expedited status conference (Rec. Doc. 72), that the moving attorneys have subsequently been withdrawn as counsel for Ranger Offshore, Inc. (Rec. Doc. 78), and considering Epic Applied Technologies, LLC, et al filed a motion for summary judgment (Rec. Doc. 76) that is set for submission on September 2, 2020,

**IT IS ORDERED** that the motion for expedited status conference is **DISMISSED.** Ranger Offshore, Inc. is hereby warned that failure to timely enroll new counsel for that corporation and failure to properly respond to the pending summary judgment motion will result in granting that motion and/or dismissal of any claims or defenses by Ranger Offshore, Inc. in this interpleader action. The Clerk of Court will notify all counsel of record, along with Ranger's former counsel of record and Ranger at its address supplied in the motion to withdraw previously filed by its then counsel.

New Orleans, Louisiana this 27th day of August, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE