UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MODERN AMERICAN RECYCLING SERVICE, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-9301** |
| **EPIC APPLIED TECHNOLOGIES, LLC, ET AL** | **SECTION:"B" (3)** |

ORDER AND CERTIFICATION
OF JUDGMENT AS FINAL PURSUANT TO RULE 54(B)

Interpleader defendants Epic Companies, LLC, Navarro Capital Partners, LLC, and Epic Applied Technologies, LLC's joint motion for entry of a certified final judgment (Rec. Doc. 82) is **GRANTED**.

**IT IS ORDERED** that the judgment against Ranger Offshore, Inc. issued contemporaneously with this order is hereby certified as appealable pursuant to Federal Rule of Civil Procedure 54(b). First, the Court determines that Rule 54(b) is applicable, because "multiple parties are involved." Second, the Court determines that its judgment against Ranger should be certified as final and appealable because "there is no just reason for delay," for the reasons stated in the movants' motion. Specifically, the Court finds that issuing a final judgment against Ranger, a non-responsive party in this proceeding, will allow for the remaining parties to reach a consensual resolution, thereby preserving

judicial and economic resources by avoiding the necessity of a trial. Accordingly, the motion has merit and should be granted.

New Orleans, Louisiana, this 14th day of October, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE