


# CT



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED DEC 01 2020

CAROL L. MICHEL
CLERK

November 25, 2020

Eastern District of Louisiana US District Court
500 Poydras St,
NEW ORLEANS, LA 70130

Re: MODERN AMERICAN RECYCLING SERVICE, INC., PLTF. vs. EPIC APPLIED TECHNOLOGIES, LLC, ET AL., DFTS. // TO: Ranger Offshore, Inc.

Case No. 199301

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Ranger Offshore, Inc..

Ranger Offshore, Inc. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we have not done so.

Very truly yours,


The Corporation Trust Company

Log# 538641638

Sent By Regular Mail

cc: --

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

(Returned To)

Eastern District of Louisiana US District Court
500 Poydras St,
NEW ORLEANS, LA 70130





**Wolters Kluwer**

CT Corporation
Rejection Team
1999 Bryan Street
Suite 900
Dallas, TX 75201

ADDRESS SERVICE REQUESTED

CT CORP-REJECT ENVL (03/2019)